# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **FILBERT C. VIALPANDO**; | ) |
| *Plaintiff*; | ) |
| v. | )   **Civil No. 1:18-cv-00251-KBM-SCY** |
| **CHEVRON MINING, INC.**; | ) |
| *Defendant*. | ) |

# CERTIFICATION

I certify that Evan B. Smith, 317 Main Street, Whitesburg, Kentucky 41858, is a member of good standing of the State Bar of Kentucky and otherwise meets the requirements to be associated with a member of the New Mexico Federal Bar per D.N.M.LR-Civ. 83.3(a).

Respectfully submitted,

/s/_____
KAREN GROHMAN
HENDERSON & GROHMAN, PC
PO Box 7895
Albuquerque, NM 87194
(505) 738-3507
kfg@hglegalgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2018, I filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

                                           /s/ *filed electronically on 3/16/2018*
                                           KAREN F. GROHMAN